## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

LORI SAJDAK,

       Plaintiff,

v.

LIFE INSURANCE COMPANY OF
NORTH AMERICA d/b/a CIGNA
GROUP INSURANCE,

       Defendant.

Case No. 1:14-cv-14092

HON. THOMAS L. LUDINGTON

MAGISTRATE JUDGE:
    PATRICIA T. MORRIS

| | |
|---|---|
| **Russell C. Babcock (P57662)**<br>**Victor J. Mastromarco, Jr. (P34564)**<br>The Mastromarco Firm<br>*Attorneys for Plaintiff*<br>1024 N. Michigan Avenue<br>Saginaw, Michigan  48602<br>(989) 752-1414<br>vmastromar@aol.com | **Kevin M. Blair (P76927)**<br>Honigman Miller Schwartz and Cohn LLP<br>Attorneys for Defendant<br>222 N. Washington Square, Ste. 400<br>Lansing, Michigan  48933-1800<br>(517) 377-0716<br>kblair@honigman.com |

## STIPULATED ORDER TO DISMISS PLAINTIFF'S COMPLAINT
## WITH PREJUDICE AND WITHOUT COSTS

    The parties, through their respective counsel, hereby stipulate and agree that

this matter be dismissed with prejudice and without costs.

**IT IS SO ORDERED:**

                          s/Thomas L. Ludington
                          THOMAS L. LUDINGTON
                          United States District Judge

Dated: August 12, 2016

Respectfully submitted,

/s/ Russell C. Babcock (w/permission)        /s/ Kevin M. Blair
Russell C. Babcock (P57662)           Kevin M. Blair (P76927)
The Mastromarco Firm              Honigman Miller Schwartz and Cohn LLP
*Attorneys for Plaintiff*           *Attorneys for Defendant*

Dated: August 12, 2016            Dated: August 12, 2016

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 12, 2016.

s/Johnetta Curry
Johnetta Curry, Acting in the Absence of
Michael A. Sian, Case Manager